Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL MAX MEIER, and<br>DESIREE L. KEKAHUNA,<br><br>                    Defendants. | INDICTMENT   2:25-CR-3-RLP<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm<br>(Count 1)<br><br>18 U.S.C. § 1001(a)(2)<br>False Statements<br>(Count 2)<br><br>18 U.S.C. § 4<br>Misprision of Felony<br>(Count 3)<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about December 7, 2023, in the Eastern District of Washington, the

Defendant, DANIEL MAX MEIER, knowing of his status as a person previously

INDICTMENT – 1

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm to wit: a KelTec, Model P11, 9mm caliber pistol, bearing serial number 82336, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about December 7, 2023, in the Eastern District of Washington, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, an agency of the United States, the Defendant, DESIREE L. KEKAHUNA, did knowingly and willfully make a false, fraudulent, and fictitious statement and representation, to wit DESIREE L. KEKAHUNA falsely stated to a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives that the pistol recovered from her person that day belonged to KEKAHUNA, that KEKAHUNA had purchased the pistol from a pawn shop, and she never allowed co-defendant DANIEL MAX MEIER to possess the pistol, when in fact the pistol belonged to MEIER and not KEKAHUNA, MEIER had previously possessed the pistol, and KEKAHUNA had not purchased the pistol herself, in violation of 18 U.S.C. § 1001(a)(2).

## COUNT 3

On or about December 7, 2023, in the Eastern District of Washington, the Defendant, DESIREE L. KEKAHUNA, having knowledge of the actual

INDICTMENT – 2

commission of a felony cognizable by a court of the United States, to wit: Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), did conceal the same by removing a firearm from the vehicle driven by DANIEL MAX MEIER and by making a false statement to law enforcement, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 1 of this Indictment, the Defendant, DANIEL MAX MEIER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 8 day of January, 2025.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Nowles H. H._
Nowles Heinrich
Assistant United States Attorney

INDICTMENT – 3