FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** DANIEL MAX MEIER    **CASE NO.** 2:25-CR-3-RLP-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | Not more than 15 years of imprisonment; and/or a $250,000 fine; not more than 3 years of supervised release; and a $100 special penalty assessment. |
| | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |